IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stanton, Earl H

Printed: 6/3/08

Case Number: 07 B 14806
Judge: Hollis, Pamela S
Filed: 8/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 21, 2008
Confirmed: January 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,795.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,698.07 |
| Trustee Fee: |  | 96.93 |
| Other Funds: |  | 0.00 |
| Totals: | 1,795.00 | 1,795.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,474.00 | 1,698.07 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 34,782.85 | 0.00 |
| 4. | Munster Med, Research Fountain | Unsecured | 404.02 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 17.34 | 0.00 |
| 6. | Northern Indiana Public Ser | Unsecured | 302.75 | 0.00 |
| 7. | Chest Physicians Consultants LTD | Unsecured | 82.88 | 0.00 |
| 8. | Community Hospital | Unsecured | 299.65 | 0.00 |
| 9. | Patients 1st ER Med Consult PC | Unsecured | 28.39 | 0.00 |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | KOMYATTASSOC | Unsecured | | No Claim Filed |
| 12. | GC Services | Unsecured | | No Claim Filed |
| 13. | KOMYATTASSOC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,391.88 | $ 1,698.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 96.93 |
|  | _____ |
|  | $ 96.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stanton, Earl H | Case Number: 07 B 14806 |
| | Judge: Hollis, Pamela S |
| Printed: 6/3/08 | Filed: 8/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

